## FOURTH DISTRICT.

**W. B. Douhitt, appellee, v. J. B. Van Preters et al., appellants.**

Heard in this court at the October term, 1933. Opinion filed March 12, 1934.

C. W. Burton and A. G. Whitehouse, for appellants. L. H. Holland, for appellee.

Mr. Presiding Justice Edwards delivered the opinion of the court.

**Helen C. Pollard, appellee, v. Broadway Central Hotel Corporation, appellant.**

Heard in this court at the October term, 1932. Opinion filed March 12, 1934.

Josiah Whitnel, H. L. Browning and J. R. McMurdo, for appellant. Wm. Baird & Sons and Pope & Driemeyer, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

**Iva Ragland, defendant in error, v. A. T. Ragland, plaintiff in error.**

Heard in this court at the February term, 1934. Opinion filed March 12, 1934.

J. C. Carr, for plaintiff in error. Frank E. Trobaugh, for defendant in error.

Mr. Justice Stone delivered the opinion of the court.